**92–666.** Vanderbeck v. CSX RR. *Huron County*, No. H–90–45.
RESNICK, J., dissents.
WRIGHT, J., not participating.

**92–669.** State v. Branscome. *Clermont County*, No. CA91–07–045.

**92–672.** Carney v. B.F. Goodrich. *Lorain County*, No. 91CA005087.
DOUGLAS and RESNICK, JJ., dissent.

**92–676.** Decker v. Rightnour. *Summit County*, No. 15195.

**92–681.** Landen Farm Comm. Serv. Assn., Inc. v. Schube. *Warren County*, Nos. CA91–07–060 and CA91–07–061.

**92–685.** Conley v. Holiday Inns, Inc. *Washington County*, No. 91–CA–6.

**92–691.** State v. Tolliver. *Hamilton County*, Nos. C–910507 and C–910520.
WRIGHT, J., dissents.

**92–692.** Brown v. Invacare Corp. *Richland County*, No. CA–2858.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–717.** Smith Ins. Serv. Agency, Inc. v. C.D. Werner Ins. Agency, Inc. *Lucas County*, No. L–90–369.
HOLMES and WRIGHT, JJ., dissent.
RESNICK, J., not participating.

**92–729.** State v. Jones. *Franklin County*, Nos. 91AP–796 and 91AP–797.
WRIGHT, J., dissents.

**92–774.** State v. Ross. *Huron County*, No. H–91–17.

## REHEARING DOCKET

**91–142.** State v. Rhodes. *Franklin County*, No. 90AP–289. Reported at 63 Ohio St.3d 613, 590 N.E.2d 261. On motion for rehearing. Rehearing denied.
MOYER, C.J., DOUGLAS and H. BROWN, JJ., dissent.

**91–890.** Dunville v. Eid. *Hamilton County*, No. C–890826. Reported at 63 Ohio St.3d 1213, 590 N.E.2d 748. On motion for rehearing. Rehearing denied.
MOYER, C.J., dissents.

**91–1830.** Russell v. Foldes. *Allen County*, No. CA91070046. Reported at 63 Ohio St.3d 1454, 590 N.E.2d 749. On motion for rehearing. Rehearing denied.

**91–2576.** In re Application of Waite. In Habeas Corpus. Reported at 63 Ohio St.3d 1471, 591 N.E.2d 241. On motion for rehearing. Rehearing denied.

**92–30.** Belvedere Condominium Owners Assn. v. R.E. Roark Companies, Inc. *Hamilton County*, No. C–900581. Reported at 63 Ohio St.3d 1461, 590 N.E.2d 755. On motion for rehearing. Rehearing granted; *sua sponte*, motion to certify allowed.
H. BROWN and RESNICK, JJ., dissent.

**92–236.** Kreiner, Uhlinger & Edmones Co., L.P.A. v. State Farm Fire & Cas. Co. *Licking County*, No. CA–3602. Reported at 63 Ohio St.3d 1463, 590 N.E.2d 757. On motion for rehearing. Rehearing denied.
HOLMES and WRIGHT, JJ., dissent.

**92–272.** Witchey v. Prudential Ins. Co. of Am. *Richland County*, No. CA–2866. Reported at 63 Ohio St.3d 1464, 590 N.E.2d 757. On motion for rehearing. Rehearing denied.
H. BROWN, J., dissents.

**92–297.** Griffin v. Akron Adult Parole Auth. *Summit County*, Nos. 15202 and 15203. Reported at 63 Ohio St.3d 1464, 590 N.E.2d 757. On motion for rehearing. Rehearing denied.